UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXU 628-075**

TX     TXU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### 1. Title

**TITLE OF THIS WORK:** THE DEMONOLOGIST: The Extraordinary Career of Ed and Lorraine Warren

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give Vol ___ No ___ Issue Date ___

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ___ Vol ___ No ___ Date ___ Pages ___

### 2. Author(s)

**IMPORTANT:** Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1 NAME OF AUTHOR:** Gerald Brittle

Was this author's contribution to the work a "work made for hire"? Yes ___ No X

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA

**AUTHOR OF:** Author of entire text

DATES OF BIRTH AND DEATH

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous ___ Pseudonymous ___

**2 NAME OF AUTHOR:** ___

**3 NAME OF AUTHOR:** ___

### 3. Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1979

**DATE AND NATION OF FIRST PUBLICATION:** January 6, 1981 — USA

### 4. Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Gerald Brittle
62 Nanel Drive
Glastonbury, CT 06033

Ed & Lorraine Warren
P.O. Box 41
Monroe, CT 06468

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

By written agreement

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions attached • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY: | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: | 12 Feb '81 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 12 Feb '81    12 Feb '81 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE: | |

TXa 3-629-0??

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**
- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes ___    No **X**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ___    Year of Registration ___

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)
PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Book Press | Brattleboro, VT |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)
- Signature of this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)
Name: Prentice-Hall, Inc.
Account Number: DA 013293

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Bernice O'Brien, Trade Production
Address: Prentice-Hall, Inc.
Englewood Cliffs, N.J. 07632

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive rights  ☒ authorized agent of:
Prentice-Hall, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Mary Sherwood*
Typed or printed name: Mary Sherwood    Date: 1/30/81

**(10) Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
Emily McGee, Copyright Editor
(Name)
Prentice-Hall, Inc.
(Number, Street and Apartment Number)
Englewood Cliffs, N.J. 07632
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1979 281-421/4    Mar. 1979—200,000